46313. PETTY v. THE STATE.

EBERHARDT, Judge. Appellant was indicted on a charge of motor vehicle theft, and the appeal is from "the order of the court overruling the general and special demurrers of defendant on

March 19, 1971, filed in the office of the clerk March 22, 1971." Thus, he does not appeal from a final judgment and the order is not appealable absent a certificate from the trial judge in conformity with Ga. L. 1968, p. 1072, amending *Code Ann.* § 6-701. There is no certificate in the record. *Goldberg v. Monroe,* 224 Ga. 693 (164 SE2d 123).

Had the appeal been from a judgment of conviction, error could have been enumerated on the overruling of the demurrers and the issue would have been before us without a certificate from the trial judge. But that was not the case here. Hence, the appeal must be

*Dismissed. Hall, P. J., and Whitman, J., concur.*
SUBMITTED JUNE 4, 1971—DECIDED JUNE 23, 1971.

*Johnston & McCarter, Ralph E. Carlisle,* for appellant.
*Lewis R. Slaton, District Attorney, Joel M. Feldman, Creighton W. Sossomon, Charles S. Stewart,* for appellee.